UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICHIGAN PROTECTION &
ADVOCACY SERVICE, INC.

                              Plaintiff,

                                                              Case No. 2:09-CV-10877
v.                                                   Hon. Nancy G. Edmunds

SPECTRUM HUMAN SERVICES, ROGER
SWANINGER and SPECTRUM JUVENILE
JUSTICE SERVICES

                              Defendants.
_____/

| Michigan Protection & Advocacy Service, Inc. | Berry Moorman PC |
|---|---|
| Chris E. Davis (P52159) | James P. Murphy (P36728) |
| 29200 Vassar Blvd., Suite 200 | Thomas M. Sullivan (P21154) |
| Livonia, MI 48152 | 535 Griswold St., Ste 1900 |
| Phone: (248) 473-2990 | Detroit, MI 48226 |
| Email: cdavis@mpas.org | Phone: (313) 496-1200 |
| Attorney for Plaintiff | Attorneys for Defendants |

_____/

**STIPULATION TO DISMISS**

The parties to this matter, through their respective counsel, have reached a settlement covering issues involved in this matter and hereby stipulate to the dismissal of this case without prejudice and further stipulate that each party is to pay its own costs and attorney fees.

| s/Chris E. Davis | s/James P. Murphy with permission |
|---|---|
| Chris E. Davis (P52159) | James P. Murphy (P36728) |
| Attorney for Plaintiff | Attorney for Defendants |
| Michigan Protection & Advocacy Service, Inc. | Berry Moorman PC |
| 29200 Vassar Blvd., Suite 200 | 535 Griswold St., Ste 1900 |
| Livonia, MI 48152 | Detroit, MI 48226 |
| (248) 473-2990 | (313) 496-1200 |
| Email: cdavis@mpas.org | Email: murph@berrymoorman.com |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MICHIGAN PROTECTION &
ADVOCACY SERVICE, INC.

        Plaintiff,

                Case No. 2:09-CV-10877
v.                 Hon. Nancy G. Edmunds

SPECTRUM HUMAN SERVICES, ROGER
SWANINGER and SPECTRUM JUVENILE
JUSTICE SERVICES

        Defendants.
_____/

| Michigan Protection & Advocacy Service, Inc. | Berry Moorman PC |
|---|---|
| Chris E. Davis (P52159) | James P. Murphy (P36728) |
| 29200 Vassar Blvd., Suite 200 | Thomas M. Sullivan (P21154) |
| Livonia, MI  48152 | 535 Griswold St., Ste 1900 |
| Phone: (248) 473-2990 | Detroit, MI  48226 |
| Email: cdavis@mpas.org | Phone: (313) 496-1200 |
| Attorney for Plaintiff | Attorneys for Defendants |

_____/

**ORDER TO DISMISS**

   This matter having come before the Court by stipulation of the parties, and the Court otherwise being fully advised in the premise:

   IT IS ORDERED this matter is dismissed without prejudice.

   IT IS FURTHER ORDERED that each party is to pay its own costs and attorney fees.


        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated:  August 7, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 7, 2009, by electronic and/or ordinary mail.

                                            <u>s/Carol A. Hemeyer</u>
                                            Case Manager